**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Chapter 11** |
| **5009 MANNA PETROS SPE, LLC** | ) | |
| | ) | **Case No.  22-57056-PMB** |

---

## AMENDED PETITION

The attached Amended Petition corrects a printing error that caused the capital "A" to be dropped from a number of pages and addresses. No other changes have been made.

Respectfully submitted this 6th day of September 2022.

*/s/ Shayna M. Steinfeld*
Shayna M. Steinfeld, Esq.
GA Bar No. 622895
STEINFELD & STEINFELD, P.C.
11B Lenox Pointe, NE
Atlanta, GA 30324
404/636-7786
shayna@steinfeldlaw.com

AMENDED

Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number *(If known):* 22-57056-PMB

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | 5009 Manna Petros SPE, LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 83-3078179 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11680 Great Oaks Way, Suite 120 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Alpharetta          GA    30022 | |
| City                        State   ZIP Code | City                        State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fulton County | 5009 Roswell Road |
| County | Number        Street |
| | Atlanta              GA    30342 |
| | City                        State   ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

AMENDED

Debtor    5009 Manna Petros SPE, LLC
Name
                                              Case number *(if known)* 22-57056-PMB

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .
5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                      MM / DD / YYYY

           District _____    When _____    Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____    Relationship _____

           District _____

           When _____
                 MM  /  DD  / YYYY

           Case number, if known _____

| Debtor | 5009 Manna Petros SPE, LLC | Case number *(if known)* | 22-57056-PMB |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number　　　Street

_____

_____
City　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

　　Contact name _____

　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  5009 Manna Petros SPE, LLC
Name

Case number (if known)  22-57056-PMB

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/06/2022
MM / DD / YYYY

✖ /s/ Scott C. Honan
Signature of authorized representative of debtor

Scott C. Honan
Printed name

Title  Manager

**18. Signature of attorney**

✖ /s/ Shayna Steinfeld
Signature of attorney for debtor

Date  09/06/2022
MM / DD / YYYY

Shayna Steinfeld
Printed name

Steinfeld & Steinfeld, PC
Firm name

11B  Lenox Pointe, NE
Number        Street

Atlanta                                          GA          30324
City                                             State       ZIP Code

4046367786                                       shayna@steinfeldlaw.com
Contact phone                                    Email address

622895                                           GA
Bar number                                       State

AMENDED

---

**Fill in this information to identify the case:**

Debtor name _____5009 Manna Petros SPE, LLC_____

United States Bankruptcy Court for the: ___Northern District of Georgia___

(State)

Case number (If known): ___22-57056-PMB___

☑ Check if this is an amended filing

---

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................
   $ 14,100,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..................................................................
   $ 3,559,343.85

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................
   $ 17,659,343.85

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................
   $ 10,600,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................................
   $ 92,276.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................
   +$ 5,708,720.60

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b
   $ 16,400,996.60

---

AMENDED

---

**Fill in this information to identify the case:**

Debtor name ___5009 Manna Petros SPE, LLC_____

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___22-57056-PMB_____

☑ Check if this is an amended filing

---

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Honan Preferred Equity 11680 Great Oaks Way, Suite 12 Alpharetta, GA, 30022 | | | | | | 5,635,770.47 |
| 2 City of Sandy Springs 1 Galambos Way Atlanta, GA, 30328 | | Taxes & Other Government Units | | | | 92,276.00 |
| 3 Custom Sign Factory 1610 A Satellite Blvd Duluth, GA, 30097 | | | | | | 30,361.32 |
| 4 Depositors Insurance Co. One West Nationwide Blvd. 1-04-701 Columbus, OH, 43215-2220 | | | | | | 16,943.31 |
| 5 A1 Flooring & Interiors, LLC 231 Grapevine Dr. Douglasville, GA, 30134 | | | | | | 6,772.50 |
| 6 Phoenix Elevator Service Inc. of GA 1540 Westfork Dr., Ste 103 Lithia Springs, GA, 30122 | | | | | | 5,446.80 |
| 7 Dogwood Facilities Services LLC 1216 Weeping Willow Woodstock, GA, 30188-4650 | | | | | | 3,465.00 |
| 8 United Fire Protection, Inc. 3247 Tech Dr. Saint Petersburg, FL, 33716 | | | | | | 2,029.00 |

AMENDED

| Debtor | 5009 Manna Petros SPE, LLC | | Case number *(if known)* | 22-57056-PMB |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Capital City Mechanical Services, Inc. 4955 Avalon Ridge Pkwy, Ste 100 Norcross, GA, 30071 | | | | | | 1,394.41 |
| 10 | NorthStar Security, Inc. 3039 Amwiler Rd, Ste 116 Atlanta, GA, 30360 | | | | | | 1,330.00 |
| 11 | Peachtree Property Services 1185 Jones Bridge Rd, Ste 420 Johns Creek, GA, 30022-7476 | | | | | | 1,200.00 |
| 12 | Brucker HVAC LLC 5247 Lockwood Lane Powder Springs, GA, 30127 | | | | | | 925.00 |
| 13 | Academy Lock & Key 716 West Spring St. Monroe, GA, 30655 | | | | | | 775.83 |
| 14 | Butterfly YMX 127 W. 26th St. 6th Fl. Floral Park, NY, 11001 | | | | | | 600.00 |
| 15 | McCain Power Solutions, LLC PO Box 829 Grayson, GA, 30017 | | | | | | 560.00 |
| 16 | Lockdown Protection, Inc. 7872 Wrotham Cir. Atlanta, GA, 30349 | | | | | | 425.00 |
| 17 | Fast Signs of Cumming GA 907 Buford Rd, Ste 700 Cumming, GA, 30041 | | | | | | 378.21 |
| 18 | Lanier Extermination Service, Inc. PO Box 127 Cumming, GA, 30028 | | | | | | 200.00 |
| 19 | TefftNet, Inc./IMPAK PO Box 820706 Houston, TX, 77282-0706 | | | | | | 143.75 |
| 20 | Georgia Department of Revenue Ste 9100, 1800 Century Center Blvd, NE Atlanta, GA, 30345 | | Taxes & Other Government Units | | | | 0.00 |

AMENDED

**Fill in this information to identify the case:**

Debtor name ___5009 Manna Petros SPE, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___22-57056-PMB___

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2. **Cash on hand** | $ 393.43 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- |
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   | --- | --- |
   | 4.1. _____ | $_____ |
   | 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $ 393.43 |

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   | --- | --- |
   | 7.1. _____ | $_____ |
   | 7.2. _____ | $_____ |

Debtor    5009 Manna Petros SPE, LLC
_____
Name

Case number (if known) 22-57056-PMB

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    268,808.58 − 0.00 = ........➜    $ 3,289,141.84
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    3,289,141.84 − 0.00 = ........➜    $ 269,808.58
face amount    doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 3,558,950.42

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

AMENDED

Debtor    5009 Manna Petros SPE, LLC
_____    Case number (if known) ___22-57056-PMB____
Name

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | | $_____ |

---

Official Form 206A/B              **Schedule A/B: Assets — Real and Personal Property**              page 3

AMENDED

Debtor    5009 Manna Petros SPE, LLC
Name

Case number (if known) 22-57056-PMB

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-----------------------------------|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  5009 Manna Petros SPE, LLC
Name

Case number (*if known*) 22-57056-PMB

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

AMENDED

Debtor    5009 Manna Petros SPE, LLC
    Name _____    Case number (if known) 22-57056-PMB _____

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  5009 Roswell Rd, Sandy Springs, GA 30342 | 100% | $_____ | _____ | 14,100,000.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

14,100,000.00
$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor      5009 Manna Petros SPE, LLC _____    Case number (if known) 22-57056-PMB
            Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜ $_____
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim          _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim          _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  5009 Manna Petros SPE, LLC _____     Case number (*if known*)  22-57056-PMB _____
        Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 393.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,558,950.42 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................➔ | | $ 14,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $ 3,559,343.85 | **+** 91b. $ 14,100,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................  17,659,343.85          $ 17,659,343.85

---

AMENDED

**Fill in this information to identify the case:**

Debtor name        5009 Manna Petros SPE, LLC

United States Bankruptcy Court for the:        Northern District of Georgia

Case number (If known):        22-57056-PMB

☑ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name
Ameris Bank (f/k/a Fidelity)

Creditor's mailing address

3490 Piedmont Rd, NE, Ste 750
Atlanta, GA 30305

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number

**Do multiple creditors have an interest in the
same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien

5009 Roswell Rd, Sandy Springs, GA
30342

$ 10,600,000.00        $ 14,100,000.00

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account
number

**Do multiple creditors have an interest in the
same property?**
☐ No
☐ Yes. Have you already specified the relative
priority?
   ☐ No. Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
   specified on lines _____

Describe debtor's property that is subject to a lien

$_____        $_____

Describe the lien

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**
   $ 10,600,000.00

AMENDED

| Debtor | 5009 Manna Petros SPE, LLC | Case number *(if known)* | 22-57056-PMB |
|--------|---------------------------|--------------------------|--------------|
| | Name | | |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|--------------------------------------------------|
| A. Christian Wilson, Esq.<br>Simpson, Uchitel & Wilson, LLP<br>3490 Piedmont Rd, NE Ste 1100,<br>Atlanta, GA, 30305 | Line 2. _1_ | 01-1 |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

AMENDED

**Fill in this information to identify the case:**

Debtor: 5009 Manna Petros SPE, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if known): 22-57056-PMB

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
City of Sandy Springs
1 Galambos Way
Atlanta, GA, 30328

As of the petition filing date, the claim is: $ 92,276.00 — Priority amount $ 92,276.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2021

Last 4 digits of account number   17 0093 003 036 3;  (

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8   )

**2.2**
Priority creditor's name and mailing address
Georgia Department of Revenue
Ste 9100, 1800 Century Center Blvd, NE
Atlanta, GA, 30345

As of the petition filing date, the claim is: $ 0.00 — $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8   )

**2.3**
Priority creditor's name and mailing address
IRS
PO Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is: $ 0.00 — $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8   )

Debtor    3005 Marina Petros SFII, LLC
          Name                                    Case number (if known)  22-57056-PMB

---

**Part 1.**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4**  **Priority creditor's name and mailing address**

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA, 30334-9057

$ 0.00                                    $

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5**  **Priority creditor's name and mailing address**

United States Attorney
600 Richard B. Russell Building
75 Ted Turner Dr. SW
Atlanta, GA, 30303

$ 0.00                                    $

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.**  **Priority creditor's name and mailing address**

$ _____                         $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.**  **Priority creditor's name and mailing address**

$ _____                         $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    S&S Marina Petros SPE, LLC                                      Case number (if known)    22-57056-PMB
         Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
| --- | --- | --- |

**3.1**  **Nonpriority creditor's name and mailing address**
A1 Flooring & Interiors, LLC
231 Grapevine Dr.
Douglasville, GA, 30134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,772.50

**3.2**  **Nonpriority creditor's name and mailing address**
Academy Lock & Key
716 West Spring St.
Monroe, GA, 30655

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    8061

Is the claim subject to offset?
☑ No
☐ Yes

$ 775.83

**3.3**  **Nonpriority creditor's name and mailing address**
Brucker HVAC LLC
5247 Lockwood Lane
Powder Springs, GA, 30127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    12815

Is the claim subject to offset?
☑ No
☐ Yes

$ 925.00

**3.4**  **Nonpriority creditor's name and mailing address**
Butterfly YMX
127 W. 26th St. 6th Fl.
Floral Park, NY, 11001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    36317

Is the claim subject to offset?
☑ No
☐ Yes

$ 600.00

**3.5**  **Nonpriority creditor's name and mailing address**
Capital City Mechanical Services, Inc.
4955 Avalon Ridge Pkwy, Ste 100
Norcross, GA, 30071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    115344

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,394.41

**3.6**  **Nonpriority creditor's name and mailing address**
Custom Sign Factory
1610 A Satellite Blvd
Duluth, GA, 30097

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    25394

Is the claim subject to offset?
☑ No
☐ Yes

$ 30,361.32

AMENDED

| Debtor | 5869 Manna Petros SPE LLC | Case number _(if known)_ | 22-57056-PMB |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Depositors Insurance Co.
One West Nationwide Blvd. 1-04-701
Columbus, OH, 43215-2220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number   397239336

Is the claim subject to offset?
☑ No
☐ Yes

$ 16,943.31

---

**3.8** Nonpriority creditor's name and mailing address

Dogwood Facilities Services LLC
1216 Weeping Willow
Woodstock, GA, 30188-4650

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,465.00

---

**3.9** Nonpriority creditor's name and mailing address

Fast Signs  of Cumming GA
907 Buford Rd, Ste 700
Cumming, GA, 30041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number   309-54929

Is the claim subject to offset?
☑ No
☐ Yes

$ 378.21

---

**3.10** Nonpriority creditor's name and mailing address

Honan Preferred Equity
11680 Great Oaks Way, Suite 12
Alpharetta, GA, 30022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,635,770.47

---

**3.11** Nonpriority creditor's name and mailing address

Lanier Extermination Service, Inc.
PO Box 127
Cumming, GA, 30028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number   80647

Is the claim subject to offset?
☑ No
☐ Yes

$ 200.00

---

AMENDED

| Debtor | 3809 Manna Petros SPE LLC | Case number *(if known)* | 22-57056-PMB |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 12 **Nonpriority creditor's name and mailing address**

Lockdown Protection, Inc.
7872 Wrotham Cir.
Atlanta, GA, 30349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 425.00

Date or dates debt was incurred _____

Last 4 digits of account number    4457

---

**3.** 13 **Nonpriority creditor's name and mailing address**

McCain Power Solutions, LLC
PO Box 829
Grayson, GA, 30017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 560.00

Date or dates debt was incurred _____

Last 4 digits of account number    1628

---

**3.** 14 **Nonpriority creditor's name and mailing address**

NorthStar Security, Inc.
3039 Amwiler Rd, Ste 116
Atlanta, GA, 30360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,330.00

Date or dates debt was incurred _____

Last 4 digits of account number    30922

---

**3.** 15 **Nonpriority creditor's name and mailing address**

Peachtree Property Services
1185 Jones Bridge Rd, Ste 420
Johns Creek, GA, 30022-7476

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,200.00

Date or dates debt was incurred _____

Last 4 digits of account number    200378

---

**3.** 16 **Nonpriority creditor's name and mailing address**

Phoenix Elevator Service Inc. of GA
1540 Westfork Dr., Ste 103
Lithia Springs, GA, 30122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,446.80

Date or dates debt was incurred _____

Last 4 digits of account number    50825

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**17  **Nonpriority creditor's name and mailing address**

TefftNet, Inc./IMPAK
PO Box 820706
Houston, TX, 77282-0706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  250301; 242061

$ 143.75

---

**3.**18  **Nonpriority creditor's name and mailing address**

United Fire Protection, Inc.
3247 Tech Dr.
Saint Petersburg, FL, 33716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  126955

$ 2,029.00

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ _____

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ _____

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ _____

Debtor _____3600 Marina Petco Sq 4, LLC_____    Case number (if known)_____22-57056-PMB_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 92,276.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 5,708,720.60 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 5,800,996.60 |

AMENDED

**Fill in this information to identify the case:**

Debtor name ___5009 Manna Petros SPE, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___22-57056-PMB___      Chapter ___11___

☑ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Master Lease of Building Lessee | 5009 Manna Petros Master, LLC 11680 Great Oaks Way, Ste 120 Alpharetta, GA, 30022 |
| | State the term remaining | 2 years | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Sublease of Suite 200 Lessor | Lifehope Labs SPE, LLC 5009 Roswell Rd, Ste 200 Atlanta, GA, 30342 |
| | State the term remaining | 12 years | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Sublease of Ste 120 Lessor | Atlanta Medical Institute, LLC 5009 Roswell Rd, Ste 120 Atlanta, GA, 30342 |
| | State the term remaining | 12 years | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

AMENDED

Fill in this information to identify the case:

Debtor name ___5009 Manna Petros SPE, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia___

Case number (If known): ___22-57056-PMB_____

☑ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

AMENDED

**Fill in this information to identify the case:**

Debtor name ___5009 Manna Petros SPE, LLC___

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): ___22-57056-PMB___

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 <br> MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 807,953.21 |
| **For prior year:** | From <br> MM / DD / YYYY | to | 12/31/2021 <br> MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,052,865.30 |
| **For the year before that:** | From 01/01/2020 <br> MM / DD / YYYY | to | 12/31/2020 <br> MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,027,185.66 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <br> MM / DD / YYYY | to | Filing date | | $ |
| **For prior year:** | From <br> MM / DD / YYYY | to | <br> MM / DD / YYYY | | $ |
| **For the year before that:** | From <br> MM / DD / YYYY | to | <br> MM / DD / YYYY | | $ |

| | |
|---|---|
| Debtor | 5009 Manna Petros SPE, LLC |
| | Name |

Case number (if known) 22-57056-PMB

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Honan Preferred Equity<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br><br>_____<br><br>_____ | $ 67,000.00 | |
| 4.2. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |

AMENDED

Debtor    5009 Manna Petros SPE, LLC
_____    Case number (*if known*)  22-57056-PMB
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Phoenix Elevator Service Inc. | Mechanics Lien, Fulton County | _____ | $ 4,180.70 |
| Creditor's name<br>1540 Westfork Dr., Se 103<br>Lithia Springs, GA 30122-1595 | | | |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ | | | ☐ Pending |
| | | | ☐ On appeal |
| Case number | | | ☐ Concluded |
| _____ | | | |

| Case title | | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. _____ | | | ☐ Pending |
| | | | ☐ On appeal |
| Case number | | | ☐ Concluded |
| _____ | | | |

AMENDED

Debtor    5009 Manna Petros SPE, LLC
_____
Name

Case number *(if known)* 22-57056-PMB
_____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

AMENDED

Debtor    5009 Manna Petros SPE, LLC
_____
Name

Case number *(if known)* 22-57056-PMB
_____

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $ _____ |
| | **Address** | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |
| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| 11.2. | _____ | | _____ | $ _____ |
| | **Address** | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $ _____ |
| **Trustee** _____ | | | |

---

AMENDED

Debtor    5009 Manna Petros SPE, LLC
_____
Name

Case number *(if known)*  22-57056-PMB
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| **Address** | | | |
| | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| **Who received transfer?** | | _____ | $_____ |
| 13.2. _____ | | | |
| **Address** | | | |
| | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 3330 Preston Ridge Parkway, Suite 380 Alpharetta, GA 30005 | From  02/2019   To  05/2022 |
| 14.2. | From  _____   To  _____ |

AMENDED

Debtor  5009 Manna Petros SPE, LLC _____    Case number *(if known)* 22-57056-PMB
        Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

AMENDED

| Debtor | 5009 Manna Petros SPE, LLC | Case number *(if known)* | 22-57056-PMB |
|---|---|---|---|
| | Name | | |

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | 5009 Manna Petros SPE, LLC | Case number *(if known)* 22-57056-PMB |
|---|---|---|
| | Name | |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

---

Debtor    5009 Manna Petros SPE, LLC
_____
Name

Case number *(if known)* 22-57056-PMB
_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | Business name and address<br><br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | Business name and address<br><br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

AMENDED

Debtor      5009 Manna Petros SPE, LLC
_____
            Name

Case number *(if known)*  22-57056-PMB
                          _____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Frazier & Deeter<br>_____<br>Name<br>1230 Peachtree St., NE, Ste 1500, Atlanta, GA 30309 | From 08/01/2020<br><br>To 09/01/2022 |

| Name and address | Dates of service |
|---|---|
| 26a.2. | Honan Property Management, LLC<br>_____<br>Name<br>11680 Great Oaks Way, Suite 120 Alpharetta, GA 30022 | From 02/01/2019<br><br>To 09/06/2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | _____<br>Name | |

---

AMENDED

Debtor    5009 Manna Petros SPE, LLC
_____
Name

Case number *(if known)*  22-57056-PMB
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Ameris Bank f/k/a Fidelity Bank<br>_____<br>Name<br>3490 Piedmont Rd, NE, Ste 750, Atlanta, GA 30305 |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    5009 Manna Petros SPE, LLC
_____    Case number (if known) 22-57056-PMB
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2.    _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott C. Honan | 11680 Great Oaks Way, Suite 120, Alpharetta, GA 30022 | Manager | 100 |
| Honan Preferred Equity, LLC | 11680 Great Oaks Way, Suite 120, Alpharetta, GA 30022 | Invetor | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

AMENDED

Debtor  5009 Manna Petros SPE, LLC _____  Case number *(if known)* 22-57056-PMB _____
        Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | |
| Name | | |
| | | |
| | | |
| | | |
| Relationship to debtor | | |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/06/2022
             MM  / DD  / YYYY

✘ /s/ Scott C. Honan _____      Printed name  Scott C. Honan _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☐ Yes

5009 Manna  Petros Master, LLC
11680 Great Oaks Way, Ste 120
Alpharetta, GA 30022

A. Christian Wilson, Esq.
Simpson, Uchitel & Wilson, LLP
3490 Piedmont Rd, NE Ste 1100,
Atlanta, GA 30305

A1 Flooring & Interiors, LLC
231 Grapevine Dr.
Douglasville, GA 30134

Academy Lock & Key
716 West Spring St.
Monroe, GA 30655

Ameris Bank (f/k/a Fidelity)
3490 Piedmont Rd, NE, Ste 750
Atlanta, GA 30305

Atlanta Medical Institute, LLC
5009 Roswell Rd, Ste 120
Atlanta, GA 30342

Brucker HVAC LLC
5247 Lockwood Lane
Powder Springs, GA 30127

Butterfly YMX
127 W. 26th St. 6th Fl.
Floral Park, NY 11001

Capital City Mechanical Services, Inc.
4955 Avalon Ridge Pkwy, Ste 100
Norcross, GA 30071

City of Sandy Springs
1 Galambos Way
Atlanta, GA 30328

Custom Sign Factory
1610 A Satellite Blvd
Duluth, GA 30097

Depositors Insurance Co.
One West Nationwide Blvd. 1-04-701
Columbus, OH 43215-2220

Dogwood Facilities Services LLC
1216 Weeping Willow
Woodstock, GA 30188-4650

Fast Signs  of Cumming GA
907 Buford Rd, Ste 700
Cumming, GA 30041

Georgia Department of Revenue
Ste 9100, 1800 Century Center Blvd, NE
Atlanta, GA 30345

Honan Preferred Equity
11680 Great Oaks Way, Suite 12
Alpharetta, GA 30022

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Lanier Extermination Service, Inc.
PO Box 127
Cumming, GA 30028

Lifehope Labs SPE, LLC
5009 Roswell Rd, Ste 200
Atlanta, GA 30342

Lockdown Protection, Inc.
7872 Wrotham Cir.
Atlanta, GA 30349

McCain Power Solutions, LLC
PO Box 829
Grayson, GA 30017

NorthStar Security, Inc.
3039 Amwiler Rd, Ste 116
Atlanta, GA 30360

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-9057

Peachtree Property Services
1185 Jones Bridge Rd, Ste 420
Johns Creek, GA 30022-7476

AMENDED

Phoenix Elevator Service Inc. of GA
1540 Westfork Dr., Ste 103
Lithia Springs, GA 30122

TefftNet, Inc./IMPAK
PO Box 820706
Houston, TX 77282-0706

United Fire Protection, Inc.
3247 Tech Dr.
Saint Petersburg, FL 33716

United States Attorney
600 Richard B. Russell Building
75 Ted Turner Dr. SW
Atlanta, GA 30303

AMENDED

United States Bankruptcy Court

Northern District of Georgia

In re:  5009 Manna Petros SPE, LLC

Case No.  22-57056-PMB

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____09/06/2022_____

/s/ Scott C. Honan
_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor

AMENDED

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___5009 Manna Petros SPE, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (*If known*): ___22-57056-PMB___

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule* ___A/B, D, E/F, G, H___

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration ___Creditor Matrix___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/06/2022___          ✗ /s/ Scott C. Honan
          MM / DD / YYYY                 _____
                                         Signature of individual signing on behalf of debtor

                                         Scott C. Honan
                                         _____
                                         Printed name

                                         Manager
                                         _____
                                         Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District of Georgia

**In re** 5009 Manna Petros SPE, LLC

Case No. 22-57056-PMB

**Debtor**

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 25,000.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 395.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Steinfeld & Steinfeld PC will file an application to appoint counsel with appropriate disclosures.  Steinfeld & Steifneld, PC  will file appropriate fee applications. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Counsel received $5000 for prepetition services on a contemporaneous basis plus the filing fee.   Counsel is holding $25000 as a retainer towards postpetition services to be applied to fees and expenses authorized by the Court on application and order.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  These will be addressed in the appropriate fee application and application to appoint counsel.

AMENDED

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

09/06/2022

*Date*

/s/ Shayna Steinfeld, 622895

*Signature of Attorney*

Steinfeld & Steinfeld, PC

*Name of law firm*

11B  Lenox Pointe, NE
Atlanta, GA 30324

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served a copy of the foregoing Amended Petition upon the persons or entities listed below, in the manner described:

*via CM/ECF:*

Thomas Dworschak (UST)      thomas.w.dworschak@usdoj.gov, ltctommyd@aol.com

*And via by first class U.S. Mail, with adequate postage prepaid at the addresses on the attached Exhibit "A"*

Respectfully submitted this 6th day of September 2022.

<u>**/s/ Shayna M. Steinfeld**</u>
Shayna M. Steinfeld, Esq.
GA Bar No. 622895
STEINFELD & STEINFELD, P.C.
11B Lenox Pointe, NE
Atlanta, GA 30324
404/636-7786
shayna@steinfeldlaw.com

**Exhibit "A"**

A. Christian Wilson, Esq.
Simpson, Uchitel & Wilson, LLP
3490 Piedmont Rd, NE Ste 1100,
Atlanta, GA 30305

A1 Flooring & Interiors, LLC
231 Grapevine Dr.
Douglasville, GA 30134

Academy Lock & Key
716 West Spring St.
Monroe, GA 30655

Ameris Bank (f/k/a Fidelity)
3490 Piedmont Rd, NE, Ste 750
Atlanta, GA 30305

Atlanta Medical Institute, LLC
5009 Roswell Rd, Ste 120
Atlanta, GA 30342

Brucker HVAC LLC
5247 Lockwood Lane
Powder Springs, GA 30127

Butterfly YMX
127 W. 26th St. 6th Fl.
Floral Park, NY 11001

Capital City Mechanical Services, Inc.
4955 Avalon Ridge Pkwy, Ste 100
Norcross, GA 30071

City of Sandy Springs
1 Galambos Way
Atlanta, GA 30328

Custom Sign Factory
1610 A Satellite Blvd
Duluth, GA 30097

Depositors Insurance Co.
One West Nationwide Blvd. 1-04-701
Columbus, OH 43215-2220

Dogwood Facilities Services LLC
1216 Weeping Willow
Woodstock, GA 30188-4650

Fast Signs of Cumming GA
907 Buford Rd, Ste 700
Cumming, GA 30041

Georgia Department of Revenue
Ste 9100, 1800 Century Center Blvd, NE
Atlanta, GA 30345

Honan Preferred Equity
11680 Great Oaks Way, Suite 12
Alpharetta, GA 30022

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Lanier Extermination Service, Inc.
PO Box 127
Cumming, GA 30028

Lifehope Labs SPE, LLC
5009 Roswell Rd, Ste 200
Atlanta, GA 30342

Lockdown Protection, Inc.
7872 Wrotham Cir.
Atlanta, GA 30349

McCain Power Solutions, LLC
PO Box 829
Grayson, GA 30017

NorthStar Security, Inc.
3039 Amwiler Rd, Ste 116
Atlanta, GA 30360

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-9057

Peachtree Property Services
1185 Jones Bridge Rd, Ste 420
Johns Creek, GA 30022-7476

Phoenix Elevator Service Inc. of GA
1540 Westfork Dr., Ste 103
Lithia Springs, GA 30122

TefftNet, Inc./IMPAK
PO Box 820706
Houston, TX 77282-0706

United Fire Protection, Inc.
3247 Tech Dr.
Saint Petersburg, FL 33716