**United States Bankruptcy Court**

**IN RE:** Case No. 22-57056-PMB

5009 Manna Petros SPE, LLC

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Scott C. Honan<br>11680 Great Oaks Way, Suite 120, Alpharetta, GA 30022 | 100 | |
| Honan Preferred Equity, LLC<br>11680 Great Oaks Way, Suite 120, Alpharetta, GA 30022 | 0 | |