# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 11** |
| **5009 MANNA PETROS SPE, LLC** | ) | |
| | ) | **Case No. 22-57056-PMB** |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served a copy of the following document upon the persons or entities listed below, in the manner described:

#9   *Application to Employ Steinfeld & Steinfeld, PC as Debtor's Counsel filed by Shayna M. Steinfeld on behalf of 5009 Manna Petros SPE, LLC*

*via CM/ECF:*

Thomas Dworschak (UST)   thomas.w.dworschak@usdoj.gov, ltctommyd@aol.com
Shayna M. Steinfeld (DB)   shayna@steinfeldlaw.com, paralegalnotices@gmail.com
A. Christian Wilson (CR)   cwilson@simplawatlanta.com, sscheu@simplawatlanta.com

*And via by first class U.S. Mail, with adequate postage prepaid at the addresses on the attached Exhibit "A"*

Respectfully submitted this 12th day of September 2022.

*/s/ Shayna M. Steinfeld*
Shayna M. Steinfeld, Esq.
GA Bar No. 622895
STEINFELD & STEINFELD, P.C.
11B Lenox Pointe, NE
Atlanta, GA 30324
404/636-7786
shayna@steinfeldlaw.com

**Exhibit "A"**

A. Christian Wilson, Esq.
Simpson, Uchitel & Wilson, LLP
3490 Piedmont Rd, NE Ste 1100,
Atlanta, GA 30305

A1 Flooring & Interiors, LLC
231 Grapevine Dr.
Douglasville, GA 30134

Academy Lock & Key
716 West Spring St.
Monroe, GA 30655

Ameris Bank (f/k/a Fidelity)
3490 Piedmont Rd, NE, Ste 750
Atlanta, GA 30305

Atlanta Medical Institute, LLC
5009 Roswell Rd, Ste 120
Atlanta, GA 30342

Brucker HVAC LLC
5247 Lockwood Lane
Powder Springs, GA 30127

Butterfly YMX
127 W. 26th St. 6th Fl.
Floral Park, NY 11001

Capital City Mechanical Services, Inc.
4955 Avalon Ridge Pkwy, Ste 100
Norcross, GA 30071

City of Sandy Springs
1 Galambos Way
Atlanta, GA 30328

Custom Sign Factory
1610 A Satellite Blvd
Duluth, GA 30097

Depositors Insurance Co.
One West Nationwide Blvd. 1-04-701
Columbus, OH 43215-2220

Dogwood Facilities Services LLC
1216 Weeping Willow
Woodstock, GA 30188-4650

Fast Signs of Cumming GA
907 Buford Rd, Ste 700
Cumming, GA 30041

Georgia Department of Revenue
Ste 9100, 1800 Century Center Blvd, NE
Atlanta, GA 30345

Honan Preferred Equity
11680 Great Oaks Way, Suite 12
Alpharetta, GA 30022

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Lanier Extermination Service, Inc.
PO Box 127
Cumming, GA 30028

Lifehope Labs SPE, LLC
5009 Roswell Rd, Ste 200
Atlanta, GA 30342

Lockdown Protection, Inc.
7872 Wrotham Cir.
Atlanta, GA 30349

McCain Power Solutions, LLC
PO Box 829
Grayson, GA 30017

NorthStar Security, Inc.
3039 Amwiler Rd, Ste 116
Atlanta, GA 30360

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-9057

Peachtree Property Services
1185 Jones Bridge Rd, Ste 420
Johns Creek, GA 30022-7476

Phoenix Elevator Service Inc. of GA
1540 Westfork Dr., Ste 103
Lithia Springs, GA 30122

TefftNet, Inc./IMPAK
PO Box 820706
Houston, TX 77282-0706

United Fire Protection, Inc.
3247 Tech Dr.
Saint Petersburg, FL 33716