

**IT IS ORDERED as set forth below:**

**Date: September 19, 2022**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE: | | CASE NO. 22-57056 |
|---|---|---|
| 5009 MANNA PETROS SPE, LLC | | CHAPTER 11 |
| Debtor. | | JUDGE BAISIER |

### ORDER GRANTING DEBTOR'S
### MOTION FOR EMERGENCY HEARING AND NOTICE OF
### VIRTUAL HEARING ON DEBTOR'S EMERGENCY MOTION
### (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING,
### OR DISCONTINUING SERVICE ON ACCOUNT OF PREPETITION
### INVOICES; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE
### PERFORMANCE; (III) ESTABLISHING PROCEDURES FOR DETERMINING
### ADEQUATE ASSURANCE OF PAYMENT; AND (IV) GRANTING RELATED RELIEF

On September 15, 2022 Debtor, 5009 Manna Petros SPE, LLP, filed an E*mergency Motion (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service On Account Of Prepetition Invoices; (II) Deeming Utilities Adequately Assured Of Future Performance; (III) Establishing Procedures For Determining Adequate Assurance Of Payment; And (IV) Granting Related Relief* (the "Motion") and including a request for an emergency hearing (the "Emergency Request") (Docket No. 11) After review of the matters, it is hereby

**ORDERED** that the Emergency Request is **GRANTED**, and a **virtual hearing** will be held regarding the Motion on the **6th day of October, 2022, commencing at 2:00 P.M.** via Judge Baisier's Virtual Hearing Room.[1] It is further

**ORDERED** that Debtor's counsel shall serve a copy of this Order and Notice of Virtual Hearing by the method or methods (phone call, electronic mail, fax, courier, etc.) that will provide expeditious notice and service to (a) the Debtor; (b) the Office of the United States Trustee for the Northern District of Georgia; (c) the Debtors' twenty (20) largest unsecured creditors; (d) the Utility Providers (parties identified on "Exhibit A" of the Motion); (e) any party that has requested notice pursuant to Bankruptcy Rule 2002 and (f) the lenders with an interest in any collateral. Debtor's counsel shall serve a copy of this Order and Notice of Virtual Hearing by mail on all other creditors listed on the mailing matrix in this case. Debtor's counsel is further directed to file a certificate of service setting forth the manner and method of all such service prior to the hearing.

Your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss the Motion with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the pleading or if you want the Court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the

---

[1] The link for the Virtual Hearing Room can be found on Judge Baisier's webpage at
https://www.ganb.uscourts.gov/content/honorable-paul-m-baisier and is best used on a desktop or laptop computer but may be used on a phone or tablet. Participants' devices must have a camera and audio.

hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

**[END OF DOCUMENT]**

Prepared and presented by:
*/s/ Shayna M. Steinfeld*
Shayna M. Steinfeld
Ga Bar 622895
STEINFELD & STEINFELD, P.C.
11B Lenox Pointe, NE
Atlanta, GA 30324
404/636-7786
shayna@steinfeldlaw.com
 Attorneys for 5009 Manna Petros SPE, LLC