**IT IS ORDERED as set forth below:**



Date: October 12, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE: | CASE NO. 22-57056 |
|---|---|
| 5009 MANNA PETROS SPE, LLC | CHAPTER 11 |
| Debtor. | JUDGE BAISIER |

***ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR
DISCONTINUING SERVICE ON ACCOUNT OF PREPETITION INVOICES; (II)
DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE;
AND (III) GRANTING RELATED RELIEF***

This matter came before the Court for hearing on October 6, 2022 on the *Emergency Motion for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices; (II) Deeming Utilities Adequately Assured of Future*

1

*Performance; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Granting Related Relief* (the "Motion") [Docket No. 11] filed on September 15, 2022 by the above-captioned debtor and debtor in possession (collectively, the "Debtor"). Present at the hearing were Shayna Steinfeld on behalf of Debtor along with Scott Honan, Debtor's principal, A. Christian Wilson on behalf of Ameris Bank and Thomas Walker on behalf of Georgia Power Company.

The Court has considered the Motion and the matters reflected in the record at the hearing.[1] It appears that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and it appearing that the relief requested is in the best interests of the Debtor, the Debtor's estate, its creditors, and other parties in interest, and that good cause has been shown, therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3. The Debtor is authorized, but not directed, to pay on a timely basis, in accordance with its prepetition practices, all undisputed invoices with respect to the City of Atlanta, Department of Watershed (hereinafter "the City").

4. No deposit shall be required to be paid to the City.

---

[1] All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

5. The terms set forth in this Order shall be deemed to constitute adequate assurance of payment for all purposes as required by 11 U.S.C. § 366.

6. The Court finds and determines that the requirements of Bankruptcy Rule 6003 are satisfied and that the relief requested is necessary to avoid immediate and irreparable harm.

7. The requirements set forth in Bankruptcy Rule 6004(a) are hereby waived and notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

9. Counsel for the Debtor is directed to serve a copy of this Order on all the parties that received service of the Motion within three (3) days of the entry of this Order and the file a certificate of service with the Clerk of Court.

[END OF ORDER]

Prepared and presented by:
*/s/ Shayna M. Steinfeld*
Shayna M. Steinfeld
Ga Bar 622895
STEINFELD & STEINFELD, P.C.
11B Lenox Pointe, NE
Atlanta, GA 30324
404/636-7786
shayna@steinfeldlaw.com
 Attorneys for 5009 Manna Petros SPE, LLC

NO OBJECTION

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

*/s/ Thomas W. Dworschak*
Thomas W. Dworschak
Attorney for the United States Trustee
Georgia Bar No. 236380
(Signed by Shayna M. Steinfeld with
Express Permission Granted October 10, 2022)
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4439
Thomas.W.Dworschak@USDOJ.gov