**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: Debtor(s)<br>**5009 Manna Petros SPE, LLC**<br>11680 Great Oaks Way, Ste 120<br>Alpharetta, GA 30022<br><br>83−3078179 | Case No.: **22−57056−pmb**<br>Chapter: **11**<br>Judge: **Paul Baisier** |

### NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rules of Bankruptcy Procedure 3020(c) that an order confirming the plan of the above−named Debtor(s) was entered on **March 22, 2023**.

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  March 22, 2023

Form 11c